UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS C. ARMSTRONG(#A35872)
                                            CIVIL ACTION
VERSUS
                                            NUMBER 07-39-FJP-DLD
ASCENSION PARISH JAIL, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's motion for summary judgment[1] shall be DENIED.

IT IS FURTHER ORDERED that the defendants' motion for summary judgment[2] shall be GRANTED in part, dismissing the claims against the Ascension Parish Jail, and DENIED in part, with respect to Warden Webre.

IT IS FURTHER ORDERED that this action shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, June 19, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 24.

[2] Rec. Doc. No. 21.

Doc#45233