```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


THOMAS C. ARMSTRONG(#A3572)
                                              CIVIL ACTION
VERSUS
                                              NO. 07-039-FJP-DLD
ASCENSION PARISH JAIL, ET AL.
```

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment shall be DENIED and this action shall be referred back to the Magistrate Judge.[1]

Baton Rouge, Louisiana, May 17, 2010.

```
                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA
```

---

[1] Rec. Doc. No. 43

Doc#46745