UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS C. ARMSTRONG(#A3572)

VERSUS

ASCENSION PARISH JAIL, ET AL.

CIVIL ACTION

NO. 07-039-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment shall be GRANTED and this action shall be DISMISSED, with prejudice.[1]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 15, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 53.

Doc#47181